Daniel F. Fears, Bar No. 110573
Benjamin A. Nix, Bar No. 138258
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212
dff@paynefears.com/ban@paynefears.com

Attorneys for Plaintiffs
Jon Woodworth and Bruce Byers

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT (WESTERN DIVISION)

| | |
|---|---|
| JON WOODWORTH AND BRUCE BYERS,<br><br>Plaintiff,<br><br>v.<br><br>SASCO, a California corporation;<br>LARRY SMEAD, an individual,<br><br>Defendants. | CASE NO. SACV07-1428 JVS(RNBx)<br><br>**[PROPOSED] ORDER FOR PROTECTIVE ORDER**<br><br>Date Action Filed: December 10, 2007<br><br>Judge: Hon. James V. Selna |

1

<u>ORDER</u>

2

3        GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED THAT the

4   terms of the Protective Order as described in the Stipulation filed on June 26, 2008

5   between Plaintiffs Jon Woodworth and Bruce Byers and Defendant SASCO, Inc. in

6   paragraphs 1 through 13 above shall be entered as the Order of the Court and be binding

7   upon the parties and signatories to Exhibit "A."

8

9   DATED:   <u>June 26, 2008</u>                    ___

                                        Hon. Robert N. Block
10
                                        United States Magistrate Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

1

2

<u>EXHIBIT 'A'</u>

3
4
5

ACKNOWLEDGMENT OF RECEIPT OF PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION AND AGREEMENT TO BE BOUND THEREBY:

6

7
8
9
10
11
12
13
14
15
16
17
18
19
20

I hereby acknowledge receipt of and that I have read a copy of the Stipulation for Protective Order and Order (the "Order"), in the action entitled Woodworth v. SASCO, Case No. SACV07-1428 JVS (RNBx). I understand that Confidential Information, as that term is defined in the Order, will or may be disclosed to me. I understand that said Confidential Information is being provided to me pursuant to the provisions of the Order. I agree that I will be bound by the provisions of the Order with respect to any Confidential Information provided to me. I agree to abide by the Order and not to reveal or otherwise communicate to anyone or utilize any of the information designated "Confidential" that is disclosed to me except in accordance with the terms of such Order. I also agree to return all Confidential Information to the party who has delivered said Confidential Information to me within the time period set forth in paragraph 6 of the Order. I further understand that if I fail to comply with the terms of the Order, I may be subject to sanctions by the Court, and I hereby consent to personal jurisdiction in the State of California with respect to any matter relating to or arising out of the Order.

21
22

Executed this ___ day of _____, 2008 at _____, California

23

24

25

_____

26

[Name]

27

28