JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)

| | |
|---|---|
| JON WOODWORTH AND BRUCE BYERS,<br><br>Plaintiffs,<br><br>vs.<br><br>SASCO, a California corporation,<br><br>Defendant. | CASE NO. SACVO7-1428 JVS(RNBx)<br><br>[Assigned to the Hon. James v. Selna]<br><br>**JUDGMENT**<br><br>**Complaint Filed: December 10, 2007**<br>**Trial Date: August 4, 2009** |

Pursuant to *Federal Rules of Civil Procedure,* Rule 68, Defendant SASCO made a Statutory Offer of Judgment on May 19, 2009 and the deadline for acceptance of said Offer was extended by Defendant SASCO to close of business on June 10, 2009. Plaintiffs JOHN WOODWORTH and BRUCE BYERS timely accepted Defendant SASCO's Offer to allow entry of Judgment on June 10, 2009.

///
///
///

**IT IS NOW THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

Judgment is entered in favor of Plaintiffs JON WOODWORTH AND BRUCE BYERS and against Defendant SASCO as follows:

1. On the First Claim for Relief for Plan Benefits, pursuant to ERISA § 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B):

    a. For Plaintiff Jon Woodworth:

    i. Plan benefits in the amount of $526,097.82, representing the total accrued quarterly benefit payments for Woodworth (i.e., the June 30, 2007 through March 31, 2009 payments) under the so-called Old OG-1 Plan ($500,880.74) and the so-called New OG-1 Plan ($25,217.08);

    ii. Prejudgment interest on the Plan benefits through May 31, 2009 in the amount of $18,629.15 ($17,736.20 on the Old OG1 Plan benefits and $892.95 on the New OG1 Plan benefits); and

    iii. Woodworth shall be returned to, or placed in, pay status under the Old OG-1 Plan and the New OG-1 Plan and future quarterly payments under said Plans will be paid to him as and when due until his benefits under both Plans have been paid in full.

    b. For Plaintiff Bruce Byers:

    i. Plan benefits in the amount of $179,031.29, representing the total accrued quarterly benefit payments for Byers (i.e., the December 31, 2005, through March 31, 2009 payments less payments already received by Byers) under the Old OG-1 Plan ($178,754.26) and New OG-1 Plan ($277.03).

    ii. Prejudgment interest on the Plan benefits through May 31, 2009 in the amount of $5,339.09 ($5,331.10 on the Old OG1 Plan benefits and $7.99 on the New OG 1 Plan benefits); and

        iii.    Byers shall be returned to, or placed in, pay status under the Old OG-1 Plan and the New OG-1 Plan and future quarterly payments under said Plans will be paid to him as and when due until his benefits under both Plans have been paid in full.

2.    On the Second Claim for Relief for penalties for failure to provide statements and/or Plan information, pursuant to ERISA § 502(c)(1), 29 U.S.C. § 1132(c)(1):

    a.    For Plaintiff Jon Woodworth:

        i.    The amount of $2,070, pursuant to the order of the Court dated December 11, 2008 (207 days x $10.00 per day); and

        ii.    Prejudgment interest thereon through May 31, 2009 in the amount of $6.69.

    b.    For Plaintiff Bruce Byers:

        i.    The amount of $1,590, pursuant to the order of the Court dated December 11, 2008 (159 days x $10.00 per day); and

        ii.    Prejudgment interest thereon through May 31, 2009 in the amount of $5.14.

3.    On All Claims for Relief:

    a.    For Plaintiffs Woodworth and Byers:

        i.    An additional $100.00 for Woodworth;

        ii.    An additional $100.00 for Byers;

        iii.    For attorney's fees in connection with the prosecution of this action [Case No. SACV07-1428 JVS (RNBx)] in an amount to be determined by the Court herein in its discretion, pursuant to ERISA § 502(g)(1), 29 U.S.C. § 1132(g)(1); and

      iv. For costs accrued in connection with this action in an amount to be determined by the Court herein, pursuant to ERISA § 502(g)(1), 29 U.S.C. § 1132(g)(1), and F.R.C.P. 54(d).

 Interest will accrue on this Judgment pursuant to applicable law from the date of this Judgment.  Plaintiffs shall also file a motion with the Court to determine the amount of attorneys' fees and costs awardable to Plaintiffs.  Once the Court determines the amount of attorneys' fees and costs awardable to Plaintiffs, the Court shall issue an order determining the amount of attorneys' fees and costs awarded to Plaintiffs pursuant to this Judgment.

 The court shall retain jurisdiction to enforce this Judgment.

Dated: June 11, 2009

           _____
           HONORABLE JAMES V. SELNA
           Judge of the United States District Court

1

PROOF OF SERVICE